**Order entered December 4, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00755-CR**
**No. 05-18-00756-CR**
**No. 05-18-00757-CR**
**No. 05-18-00758-CR**

**KAMERON HALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-35022-H, F16-35023-H, F16-35024-H & F16-35025-H**

## ORDER

Before the Court is appellant's second motion for extension of time to file his brief. We

**GRANT** the motion and **ORDER** appellant's brief due on or before December 10, 2018.


/s/    CRAIG STODDART
       JUSTICE